# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

                Plaintiff,　　　　　　　　COURT NO: **05-71453**

-vs-

                                        HONORABLE: Lawrence P. Zatkoff

**Kimberly A. Miller**

                Defendant,

and

**Ann Arbor Public Schools**

                Garnishee./

## GARNISHEE ORDER

      A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on **March 15, 2006**, stating that at the time of the service of the Writ he/she had in his/her possession, or under control personal property belonging to and due Defendant.

      On **February 24, 2006** the Defendant was notified of his/her right to a hearing and **has not** requested a hearing to determine exempt property.

      The United States is entitled to receive a surcharge, which is ten (10%) percent of the outstanding debt pursuant to 28 U.S.C.§3011. Defendant shall pay the surcharge.

IT IS ORDERED that Garnishee pay the sum of **25% of disposable earnings** to Plaintiff, payable to the U.S. Department of Justice.

Date:  April 18, 2006                              s/Lawrence P. Zatkoff
                                                             **HONORABLE: Lawrence P. Zatkoff**
                                                             UNITED STATES DISTRICT JUDGE