# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                       Case No. 05-71453

vs.                                  Honorable: Lawrence P. Zatkoff

KIMBERLY MILLER,            Number: C99-23138
SS# XXX-XX-9665
    Defendant,
_____/

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **ANN ARBOR PUBLIC SCHOOLS** is hereby released from any liability under said **GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

                                         s/Lawrence P. Zatkoff
                                         LAWRENCE P. ZATKOFF
                                         UNITED STATES DISTRICT JUDGE

Dated: May 4, 2006

### CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 4, 2006.

                                           s/Marie E. Verlinde
                                           Case Manager
                                           (810) 984-3290